## MOTION DOCKET

**89–539.** State v. Johnson. *Clinton County,* No. CA88–02–002. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied on authority of *State v. Buell* (1994), 70 Ohio St.3d 1211, 639 N.E.2d 110.

**91–2480.** State v. Wasserman. *Erie County,* No. E–90–42. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied on authority of *State v. Buell* (1994), 70 Ohio St.3d 1211, 639 N.E.2d 110.

**94–31.** State ex rel. Hoover Co. v. Indus. Comm. *Franklin County,* No. 92AP–1113. On request for oral argument. Request denied.

**94–2045.** Roxane Laboratories, Inc. v. Tracy. *Franklin County,* Nos. 93APH12–1721 and 93APH12–1722. On motion for admission *pro hac vice* of Brian E. Andreoli. Motion granted.

**94–2178.** Am. Natl. Bank v. Touche Ross & Co. *Cuyahoga County,* No. 65837. On motion for admission *pro hac vice* of Thomas L. Riesenberg. Motion granted.

**94–2181.** State ex rel. Linndale v. Teske. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

PFEIFER and COOK, JJ., dissent and would dismiss the cause.

**95–172.** State v. Hamilton. *Montgomery County,* No. 14525. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page 4 of the court of appeals' Decision and Entry, rendered January 13, 1995.

F.E. SWEENEY, J., dissents.

**95–389.** Shaper v. Tracy. Board of Tax Appeals, No. 93–X–1032. On motion for admission *pro hac vice* by Leon Friedberg, Esq. Motion granted.

**95–398.** State v. Griffith. *Delaware County,* No. 94CAC02003. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue set forth on pages 1–2 of the court of appeals' Judgment Entry, filed February 10, 1995.

*Sua sponte,* cause consolidated with 95–209, *infra.*

**95–404.** State v. Chojnacki. *Medina County,* No. 2326–M. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

COOK, J., not participating.

**95–453.** State v. Burbridge. *Butler County,* No. CA94–01–023. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.